# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DAVID LEE WELCH**                                                                                   **PETITIONER**
**ADC #161604**

v.                                   Case No. 4:24-cv-00637-LPR-ERE

**DEXTER PAYNE,** *ADC Director*                                                      **RESPONDENT**

## ORDER

On September 6, 2024, the Court entered an Order directing Petitioner David Lee Welch to file a completed *in forma pauperis* application or pay the $5.00 filing fee in full by October 4, 2024.[1] The Court warned Mr. Welch that failure to comply with the Order could result in dismissal of this habeas action.[2] Mr. Welch has not complied with or otherwise responded to the September 6th Order, and the time for doing so has expired.

Accordingly, Mr. Welch's Petition (Doc. 1) is hereby DISMISSED without prejudice for failure to prosecute and failure to comply with Local Rule 5.5(c)(2).

IT IS SO ORDERED this 30th day of October 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Order (Doc. 7).  The Order was entered by United States Magistrate Judge Edie R. Ervin.

[2] *Id*. at 2–3.