# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DAVID LEE WELCH**                                                                             **PETITIONER**
ADC #161604

v.                           Case No. 4:24-cv-00637-LPR-ERE

**DEXTER PAYNE,** *ADC Director*                                     **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice.

IT IS SO ADJUDGED this 30th day of October 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE